In the Matter of the Claim of ORA L. GRAY, Respondent, against SEMET-SOLVAY COMPANY, Appellant.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — award for death from poisonous fumes inhaled in course of employment proper.*

*Gray* v. *Semet-Solvay Co.*, 194 App. Div. 946, affirmed.

(Argued March 4, 1921; decided March 24, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 13, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's husband was employed as a night patrolman at the works of the defendant where certain chemical preparations were manufactured. Chemical odors and fumes were constantly emitted from the plant. On the morning of July 15, 1918, he complained of illness and died on September first following. There was medical testimony that the cause of death was mineral poisoning or serous meningitis from the toxemia due to the poisonous fumes where he worked. Defendant contended that the evidence did not establish that the deceased met with an accident in the course of his employment; that the evidence did not establish that his death resulted from an accidental personal injury received in the course of his employment, and that the evidence did not establish that a timely and proper notice of accident was given to the employer as is required under the Workmen's Compensation Law, and that the rights of the employer and self-insurer were prejudiced by the failure to give such notice of accident.

*Truman H. Preston* and *H. Duane Bruce* for appellant.
*Charles D. Newton, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.